UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case No. 05-10026-CR-MOORE

UNITED STATES OF AMERICA,

vs.

JOYCE LYNN GOVEA,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR A NEW TRIAL (DE #76)

THIS CAUSE came before the Court upon Defendant JOYCE LYNN GOVEA's Motion for New Trial (DE #76).

THIS MATTER was referred to the Honorable Barry L. Garber, United States Magistrate Judge (DE #86). Magistrate Judge Garber issued a Report and Recommendation (DE #87), recommending that the Motion for New Trial pursuant to Fed. R. Crim. P. 33(b)(1) be denied. Defendant filed objections to the Magistrate's report (DE #88). This Court held an evidentiary hearing on November 2, 2006. After a *de novo* review of the record, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report and Recommendation (DE #87) is ADOPTED. The new evidence proffered by Defendant, two notarized statements from her co-defendant, was known to the Defendant before her trial. Defendant fails to meet the standard outlined in United States v. Holmes, No. 05-11060, 2006 WL 466593, at *4 (11th Cir. Feb. 28, 2006). To obtain a new trial on the basis of newly discovered evidence, a defendant must show that: (1) the evidence was discovered after trial, (2) the failure of the defendant to discover the evidence was not due to a lack of due diligence, (3) the evidence is not merely cumulative or impeaching, (4) the evidence is material to issues before the court, and (5) the evidence is such that a new trial would probably produce a different result. Id. Through

this Court's evidentiary hearing on November 2, 2006 and the Government's Reply (DE #104), it is clear that Defendant's proffered new evidence satisfies elements (3), (4), and (5). Defendant cannot, however, demonstrate that the evidence was both (1) discovered after trial and (2) that the failure to discover the new evidence was not due to a lack of due diligence. It is therefore

ORDERED AND ADJUDGED that Defendant's Motion for a New Trial (DE #76) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of November, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record
U.S. Magistrate Judge Garber